PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Wilfredo Sanchez　　　　　　　　　　　　　　　　Cr.: 02-00095-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 31920

Name of Sentencing Judicial Officer:　　THE HONORABLE ALFRED M. WOLIN
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT COURT JUDGE

Name of Assigned Judicial Officer:　　　THE HONORABLE KATHARINE S. HAYDEN
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT COURT JUDGE

Date of Original Sentence: 07/17/2002

Original Offense:　　Count Two: Distribution of Heroin 21 U.S.C. § 841(a)(1), Class C Felony.

Original Sentence: 188 months imprisonment, 60 months supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Financial Disclosure, and No New Debt/Credit

Type of Supervision: Supervised Release　　　　　　Date Supervision Commenced: 11/01/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On January 14, 2020, Sanchez was arrested by Newark Police Department and charged with Possession of Marijuana (under 50 grams) and Possession of CDS. The matter is scheduled to be heard in Newark Municipal Court on April 15, 2020 at 8:30 am. |

U.S. Probation Officer Action:
On February 11, 2020, Sanchez met with the probation officer. He agreed to a sanction and signed the Waiver of Hearings to Modify Conditions of Supervised Release (Prob 49). On February 13, 2020, Your Honor agreed to the modification placing the offender into a Residential Re-Entry Center (RRC) for 6 months with weekend privileges. Sanchez entered the Residential Re-Entry Center (Toler) on March 10, 2020. Considering recent public health crisis surrounding Covid-19, we are requesting that the modification be suspended at this time and that Sanchez be allowed to return home to his family. We further respectfully request that upon resolution of the current health crisis, Sanchez be ordered to return to the RRC to complete sanction as ordered.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　*Shannan P. DaSilva/nm*
　　　　　　　　　　　　　　　　　　　　　　　　　　By: Shannan P. DaSilva
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　Date: 03/17/2020

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☐ No Action – Sanction to be served as ordered.

☑ Suspend modification and placement in the Residential Re-Entry Center at this time and allow for placement at a future date as deemed appropriate by the probation office. **(as recommended by the Probation Office)**

☐ Submit a Request for Warrant or Summons

☐ Other-

_____
Signature of Judicial Officer

3/20/2020
_____
Date